UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-cv-20719-UU

WINDY LUCIUS,

    Plaintiff,

v.

ASHLEY STEWART, INC.,

    Defendant.

_____/

## NOTICE OF COURT PRACTICE UPON SETTLEMENT

THIS CAUSE is before the Court upon the parties' Joint Notice of Settlement (the "Notice"). D.E. 9. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises. On March 27, 2020, the parties filed the Notice, notifying the Court that the parties had reached a full settlement. *Id.*

THE PARTIES are hereby notified that all papers related to the settlement reached by the parties, including any order of dismissal stating specific terms and conditions, must be received by this Court by **April 27, 2020**.  If such papers are not filed by this deadline, this matter will be DISMISSED without further notice. Within sixty (60) days of such an order of dismissal, either party may petition the court to have the case reinstated after showing good cause as to why settlement was not in fact consummated.

DONE AND ORDERED in Chambers at Miami, Florida, this _30th_ day of March, 2020.

*/s/ Ursula Ungaro*
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record